**Order entered October 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01007-CV

### IN RE THE COMMITMENT OF MARCUS QUIN BUTLER

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. CV-1870003-S

## ORDER

Before the Court is court reporter Debi Harris's October 10, 2019 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than November 12, 2019.

/s/    ERIN A. NOWELL
        JUSTICE